Thomas L. Simek (DC Bar #57268)
Anthony C. Biagioli (MO Bar # 72434)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Telephone: (816) 960-7700
tsimek@cftc.gov
abiagioli@cftc.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, <br><br> Plaintiff, <br><br> v. <br><br> Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association, <br><br> Defendant. | CIVIL ACTION NO:  3:22-cv-5416 <br><br> Hon._____ <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Anthony C. Biagioli hereby appears in the above-captioned action as counsel for Plaintiff Commodity Futures Trading Commission and requests that copies of all notices sent in this case, and all papers filed in this case, be served upon the undersigned as follows:

Anthony C. Biagioli
abiagioli@cftc.gov
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
(816) 960-7700

| | |
|---|---|
| Dated:  September 22, 2022 | Respectfully submitted,<br><br>**COMMODITY FUTURES TRADING COMMISSION**<br><br><br>By:  /s/ Anthony C. Biagioli<br>Tom Simek (DC Bar # 57268), tsimek@cftc.gov<br>TRIAL COUNSEL<br>Anthony C. Biagioli (MO Bar # 72434), abiagioli@cftc.gov<br>Attorneys for Plaintiff<br>COMMODITY FUTURES TRADING COMMISSION<br>2600 Grand Boulevard, Suite 210<br>Kansas City, MO  64108<br>(816) 960-7700 |