Thomas L. Simek (DC Bar #57268)
Anthony C. Biagioli (MO Bar # 72434)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Telephone: (816) 960-7700
tsimek@cftc.gov
abiagioli@cftc.gov

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>               Plaintiff,<br><br>               v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>               Defendant. | **CIVIL ACTION NO:  3:22-cv-5416**<br><br>**Hon.** _____<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that Thomas Simek hereby appears in the above-captioned action as counsel for Plaintiff Commodity Futures Trading Commission and requests that copies of all notices sent in this case, and all papers filed in this case, be served upon the undersigned as follows:

     Thomas Simek
     tsimek@cftc.gov
     COMMODITY FUTURES TRADING COMMISSION
     2600 Grand Boulevard, Suite 210
     Kansas City, MO  64108
     (816) 960-7700

| | |
|---|---|
| Dated: September 22, 2022 | Respectfully submitted,<br><br>**COMMODITY FUTURES TRADING COMMISSION**<br><br><br>By: /s/ Anthony C. Biagioli<br>Tom Simek (DC Bar # 57268), tsimek@cftc.gov<br>TRIAL COUNSEL<br>Anthony C. Biagioli (MO Bar # 72434), abiagioli@cftc.gov<br>Attorneys for Plaintiff<br>COMMODITY FUTURES TRADING COMMISSION<br>2600 Grand Boulevard, Suite 210<br>Kansas City, MO  64108<br>(816) 960-7700 |