Thomas L. Simek (DC Bar #57268)
Anthony C. Biagioli (MO Bar # 72434)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Telephone: (816) 960-7700
tsimek@cftc.gov
abiagioli@cftc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>Defendant. | **DECLARATION OF BRITTNE SNYDER IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AGAINST DEFENDANT OOKI DAO PURSUANT TO 28 U.S.C. § 1746** |

I, Brittne Snyder, declare pursuant to 28 U.S.C. § 1746 based upon my personal knowledge as follows:

1.     I am over 21 years of age and am legally fit and qualified to testify in a court of law.

2.     I am employed as a Paralegal by the Division of Enforcement ("Division") of the Commodity Futures Trading Commission ("Commission"), located at 2600 Grand Boulevard, Suite 210, Kansas City, Missouri 64108.

- 1 -

3.      As a Paralegal in the Division, my duties include taking steps to facilitate service of process on investigation subjects and litigation counterparties, including researching corporate registration statuses on state registration websites to identify contact information and registered agents for service of process; researching individuals and entities using additional open-source and licensed tools to identify the same; and coordinating with process servers to facilitate service of process.

4.      I have personal knowledge of the facts stated herein, and if called to testify, I could and would competently testify to the same.

5.      I reviewed the Ooki DAO's website (ooki.com) ("Ooki DAO Website") and did not identify any listed headquarters or physical office location, mailing address, or a listed president, secretary, treasurer, or agent appointed to accept service.  The Ooki DAO Website does include a help chat box ("Help Chat Box") which prompts users to "Ask us anything or share your feedback" and permits the submission of text as well as attachments.

6.      I also reviewed law enforcement databases to which the Commission has access but did not identify any information about the Ooki DAO.

7.      Separately, the Ooki DAO Website links to an online forum for holders of Ooki Tokens to discuss and vote on Ooki DAO governance issues (forum.ooki.com) ("Online Forum").  A December 14, 2021 post accessible from that site is titled "Welcome to the Ooki DAO Governance Forum!" and states "The purpose of this forum is to share and discuss proposals for potential implementation by the Ooki DAO.  If you're looking for in-depth discussion regarding the future development direction of Ooki then look no further.  We expect this forum to be populated by participants within the projects *[sic]* expanding ecosystem.  If you hold Ooki Tokens, use the protocol, or plan on developing/are developing on the protocol this is the place to be!"

DECLARATION OF BRITTNE SNYDER

8.      I searched the business registration websites maintained by each of the 50 states in the United States for "bZx DAO" and "Ooki DAO."  There were no results in any state indicating either of those entities were or ever had been registered in the state or had ever authorized agents to receive service of process in the state.  *See* Exhibit A (chart documenting search).

9.      On September 22, 2022, the Commission filed the complaint in this action.  On that date, I provided the complaint, summons, case management scheduling order, and standing orders of the then-assigned magistrate judge to the Ooki DAO through the Ooki DAO Website's Help Chat Box, and wrote and submitted the following text through the Help Chat Box:

> Attached please find a complaint filed today in the U.S. District Court for the Northern District of California by the Commodity Futures Trading Commission (CFTC) against the Ooki DAO, Case No. 3:22-cv-05416-TSH, as well as the related summons, case management scheduling order and standing orders of the assigned magistrate judge.  Please contact the CFTC at OokiDAOService@CFTC.gov to discuss this matter further.

10.      In addition, on September 22, 2022, I posted the following notification in the Ooki DAO's Online Forum, and provided a link to the Commission's press release announcing the litigation (https://www.cftc.gov/PressRoom/PressReleases/8590-22):

> A complaint was filed today in the U.S. District Court for the Northern District of California by the Commodity Futures Trading Commission (CFTC) against the Ooki DAO, Case No. **3:22-cv-05416-TSH,** The Complaint, related summons, case management scheduling order and standing orders of the assigned magistrate judge have been served to you via the Ooki Help Chat function of this website. Please contact the CFTC at OokiDAOService@CFTC.gov to discuss this matter further.

11.      On September 23, 2022, I posted a similar message in the Help Chat Box noting that I was attaching the U.S. District Court for the Northern District of California's Alternative Dispute Resolution Procedures Handbook and Consenting to the Jurisdiction of a Magistrate Judge Brochure; the CFTC's filed declination of the option to proceed before a Magistrate Judge (ECF No. 8); and the applicable order originally assigning the case to a Magistrate Judge (ECF

- 3 -

No. 5); as well as a third message noting that the case had been reassigned to Judge William H. Orrick, noting the new case number, and advising that I was attaching through the Help Chat Box the order reassigning the case to Judge Orrick (ECF No. 10) and Judge Orrick's standing orders.  On that date, I similarly posted messages in the Online Forum noting that I had provided those items through the Help Chat Box.

12.     As of the date of this declaration, the Ooki DAO has not responded to the request to contact the Commission.

13.     The Ooki DAO's website (ooki.com) links to the Ooki DAO's Telegram channel, a chat messaging platform.  After filing the complaint on September 22, 2022, I requested and received access to that channel and observed the following:

- Multiple participants in the Telegram channel discussed the Commission's complaint against the Ooki DAO.  In response to a question from one participant, a person listed as "Frank" (who is designated as a "Community admin") stated that "i'm sure there will be an official statement from the OokiDAO team soon." In response to a question from another participant as to when that official statement would occur, the user named Frank stated "[t]he article is one day old let's give it some time."

- In total, I observed at least 38 messages within the Ooki DAO's Telegram channel discussing the Commission's complaint against the Ooki DAO.

14.     In addition, after filing the complaint on September 22, I monitored the Ooki DAO's Twitter handle (@OokiTrade) as well as Twitter generally for discussions of the Commission's complaint against the Ooki DAO.  Unofficial reporting from publicly available data collection websites indicate there have been over 1,000 tweets since September 22, 2022 that mention "Ooki DAO" and "CFTC."

15.     The Ooki DAO's Online Forum lists the number of "views" of each post in the Online Forum.  The Online Forum currently lists at least 112 views of the CFTC's initial post on September 22, 2022 regarding the action.

1       I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3       Executed September 27, 2022, at Kansas City, Missouri.

4

5                                                                  */s/ Brittne Snyder*
                                                            Brittne Snyder

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BRITTNE SNYDER

**Exhibit A**

**Chart Documenting State Business Registration Searches**

DECLARATION OF BRITTNE SNYDER

| State | Date searched | Search Results | Location searched |
|---|---|---|---|
| Alabama | 8/12/2022 | No results for BzX DAO or Ooki DAO | https://arc-sos.state.al.us/CGI/CORPNAME.MBR/INPUT |
| Alaska | 8/12/2022 | No results for BzX DAO or Ooki DAO | https://www.commerce.alaska.gov/cbp/main/search/entities |
| Arizona | 8/12/2022 | No results for BzX DAO or Ooki DAO | https://ecorp.azcc.gov/EntitySearch/Index |
| Arkansas | 8/12/2022 | No results for BzX DAO or Ooki DAO | https://www.sos.arkansas.gov/corps/search_all.php |
| California | 8/12/2022 | No results for BzX DAO or Ooki DAO | https://bizfileonline.sos.ca.gov/search/business |
| Colorado | 8/12/2022 | No results for BzX DAO or Ooki DAO | https://www.sos.state.co.us/biz/BusinessEntityCriteriaExt.do |
| Connecticut | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://service.ct.gov/business/s/onlinebusinesssearch?businessNameEn=LsmwqVcsF9Muz1XyRgC198jaW4HMEHNNfr9w5yfM76s%3D |
| Delaware | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx |
| Florida | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://search.sunbiz.org/Inquiry/CorporationSearch/ByName |
| Georgia | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://ecorp.sos.ga.gov/BusinessSearch |
| Hawaii | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://hbe.ehawaii.gov/documents/search.html |
| Idaho | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://sosbiz.idaho.gov/search |
| Illinois | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://apps.ilsos.gov/corporatellc/CorporateLlcController |
| Indiana | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://bsd.sos.in.gov/publicbusinesssearch |
| Iowa | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://sos.iowa.gov/search/business/search.aspx |

**Exhibit A**

| Kansas | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://www.kansas.gov/bess/flow/main?execution=e1s4 |
|---|---|---|---|
| Kentucky | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://web.sos.ky.gov/ftsearch/ |
| Louisiana | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://coraweb.sos.la.gov/commercialsearch/commercialsearch.aspx |
| Maine | 8/15/2022 | No results for BzX DAO or Ooki DAO | https://icrs.informe.org/nei-sos-icrs/ICRS?MainPage=x |
| Maryland | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://egov.maryland.gov/businessexpress/entitysearch |
| Massachusetts | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://corp.sec.state.ma.us/corpweb/CorpSearch/CorpSearch.aspx |
| Michigan | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://cofs.lara.state.mi.us/SearchApi/Search/Search |
| Minnesota | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://mblsportal.sos.state.mn.us/Business/Search |
| Mississippi | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://corp.sos.ms.gov/corp/portal/c/page/corpbusinessidsearch/portal.aspx |
| Missouri | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://bsd.sos.mo.gov/BusinessEntity/BESearch.aspx?SearchType=0 |
| Montana | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://biz.sosmt.gov/search/business |
| Nebraska | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://www.nebraska.gov/sos/corp/corpsearch.cgi?nav=search |
| Nevada | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://esos.nv.gov/EntitySearch/OnlineEntitySearch |
| New Hampshire | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://quickstart.sos.nh.gov/online/Account/LandingPage |
| New Jersey | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://www.njportal.com/DOR/BusinessNameSearch/Search/BusinessName |
| New Mexico | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://portal.sos.state.nm.us/BFS/online/CorporationBusinessSearch |

**Exhibit A**

| New York | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://apps.dos.ny.gov/publicInquiry/ |
|---|---|---|---|
| North Carolina | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://www.sosnc.gov/online_services/search/by_title/_Business_Registration |
| North Dakota | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://firststop.sos.nd.gov/search/business |
| Ohio | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://businesssearch.ohiosos.gov/ |
| Oklahoma | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://www.sos.ok.gov/corp/corpInquiryFind.aspx |
| Oregon | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://sos.oregon.gov/business/pages/find.aspx |
| Pennsylvania | 8/16/2022 | No results for BzX DAO or Ooki DAO | https://www.corporations.pa.gov/search/corpsearch |
| Rhode Island | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://business.sos.ri.gov/CorpWeb/CorpSearch/CorpSearch.aspx |
| South Carolina | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://businessfilings.sc.gov/BusinessFiling/Entity/Search |
| South Dakota | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://sosenterprise.sd.gov/BusinessServices/Business/FilingSearch.aspx |
| Tennessee | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://tnbear.tn.gov/Ecommerce/FilingSearch.aspx |
| Texas | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://mycpa.cpa.state.tx.us/coa/ |
| Utah | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://secure.utah.gov/bes/index.html |
| Vermont | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://bizfilings.vermont.gov/online/BusinessInquire |
| Virginia | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://cis.scc.virginia.gov/EntitySearch/Index |
| Washington | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://ccfs.sos.wa.gov/#/ |

**Exhibit A**

| West Virginia | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://apps.wv.gov/SOS/BusinessEntitySearch/ |
| Wisconsin | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://www.wdfi.org/apps/CorpSearch/Search.aspx? |
| Wyoming | 8/17/2022 | No results for BzX DAO or Ooki DAO | https://wyobiz.wyo.gov/Business/FilingSearch.aspx |

**Exhibit A**