UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>Defendant. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AGAINST DEFENDANT OOKI DAO |

This Court, having considered Plaintiff Commodity Futures Trading Commission's ("Commission's") Motion for Alternative Service Against Defendant Ooki DAO ("Motion"), and having read and considered the evidence and papers with respect thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

The Motion is GRANTED and the Court orders that service of process on the Ooki DAO may be made in this action by providing a copy of the summons and complaint through the Ooki DAO's Help Chat Box, with contemporaneous notice by posting in the Ooki DAO's Online Forum; and, since the Commission provided the documents in this manner on September 22, 2022, the Court holds that the Commission effectively served the Ooki DAO on that date.

It is so ORDERED.

Dated:                                                      BY THE COURT:

                                                            _____
                                                            Hon. William H. Orrick
                                                            United States District Judge

- 1 -