Thomas L. Simek (DC Bar #57268)
Anthony C. Biagioli (MO Bar # 72434)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Telephone: (816) 960-7700
tsimek@cftc.gov
abiagioli@cftc.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, <br><br> Plaintiff, <br><br> v. <br><br> Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association, <br><br> Defendant. | CIVIL ACTION NO:  3:22-cv-05416-WHO <br><br> **Hon. William H. Orrick** <br><br> **CERTIFICATE OF SERVICE** |

Pursuant to Judge Orrick's Standing Order for Civil Cases,[1] Plaintiff Commodity Futures Trading Commission ("Commission") provides this Certificate of Service certifying that it has served on the Defendant Ooki DAO the following documents by submitting each document through the Ooki DAO's Help Chat Box on the Ooki DAO's website (ooki.com), with contemporaneous notice of such service through the Ooki DAO's Online Forum, as detailed

---

[1] *See* Judge Orrick's Standing Order for Civil Cases ¶ 9 ("Plaintiff . . . is directed to serve copies of all Judge Orrick Standing Orders at once upon all parties to the action, and upon those subsequently joined, in accordance with the provisions of Federal Rules of Civil Procedure 4 and 5 and to file with the Clerk of Court a certificate reflecting such service, in accordance with Civil Local Rule 5-5(a).").

further in the Commission's concurrently filed Motion for Alternative Service Against Defendant Ooki DAO and accompanying Declaration of Brittne Snyder:

<u>Document Served on September 22, 2022</u>

- Complaint (ECF No. 1)
- Summons (ECF No. 7)
- Order setting initial case management conference (ECF No. 6)
- Magistrate Judge Hixson Standing Order – Sep 7, 2021
- Magistrate Judge Hixson Discovery Standing Order – Sep 15, 2021
- Standing Order All Judges – Nov 1, 2018

<u>Documents Served on September 23, 2022</u>

- ADR Handbook – May 1, 2018
- CAND MJ Consent Brochure – Aug 30, 2022
- Magistrate Case Assignment Notice (ECF. No. 5)
- Declination to Proceed Before a Magistrate Judge (ECF No. 8)
- Order reassigning case (ECF No. 10)
- Judge Orrick's Standing Order for Civil Cases – Aug 25, 2021
- Judge Orrick's Supplemental Standing Order for Civil Case Management Conferences– Jan 1, 2018
- Judge Orrick's Pretrial Order for Civil Cases – Feb 2, 2017
- Judge Orrick's Standing Order on Administrative Motions to Seal – Sep 1, 2022

Dated: September 27, 2022

Respectfully submitted,

**COMMODITY FUTURES TRADING COMMISSION**

By: /s/ Anthony C. Biagioli
Tom Simek (DC Bar # 57268), tsimek@cftc.gov
TRIAL COUNSEL
Anthony C. Biagioli (MO Bar # 72434), abiagioli@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO 64108
(816) 960-7700

**Certificate of Service**

I hereby certify that on September 27, 2022, I caused a copy of the foregoing to be filed with the Clerk of the Court via the CM/ECF system as well as provided to the Defendant Ooki DAO through the Ooki DAO's Help Chat Box on the Ooki DAO website as well as by posting notice of the foregoing to the Ooki DAO's Online Forum.

                                                  */s/ Anthony C. Biagioli*
                                                  Counsel for Plaintiff