UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SUPPLEMENT MOTION FOR ALTERNATIVE SERVICE AGAINST DEFENDANT OOKI DAO** |

This Court, having considered Plaintiff Commodity Futures Trading Commission's ("Commission's") Administrative Motion to Supplement Motion for Alternative Service Against Defendant Ooki DAO ("Motion to Supplement"), and having read and considered the evidence and papers with respect thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

The Motion to Supplement is GRANTED and the Court will consider the additional fact set forth in the Motion to Supplement when deciding the Commission's original Motion for Alternative Service (ECF No. 11).

It is so ORDERED.

Dated:                                              BY THE COURT:

                                                    _____
                                                    Hon. William H. Orrick
                                                    United States District Judge