Thomas L. Simek (DC Bar #57268)
Anthony C. Biagioli (MO Bar # 72434)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Telephone: (816) 960-7700
tsimek@cftc.gov
abiagioli@cftc.gov

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO:  3:22-cv-05416-WHO<br><br>**Hon. William H. Orrick**<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to the Court's Case Management Conference Order ("Order") (ECF No. 14)[1], Plaintiff Commodity Futures Trading Commission ("Commission") provides this Certificate of Service certifying that it has served that Order on the Defendant Ooki DAO by submitting the Order through the Ooki DAO's Help Chat Box on the Ooki DAO's website (ooki.com), with contemporaneous notice of such service through the Ooki DAO's Online Forum.

---

[1] *See* Order ¶ 1(a) ("Plaintiffs shall serve copies of this Order at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5.  Following service, plaintiffs shall file a certificate of service with the Clerk of this Court.").

| | |
|---|---|
| Dated: September 28, 2022 | Respectfully submitted,<br><br>**COMMODITY FUTURES TRADING COMMISSION**<br><br><br>By: /s/ Anthony C. Biagioli<br>Tom Simek (DC Bar # 57268), tsimek@cftc.gov<br>TRIAL COUNSEL<br>Anthony C. Biagioli (MO Bar # 72434), abiagioli@cftc.gov<br>Attorneys for Plaintiff<br>COMMODITY FUTURES TRADING COMMISSION<br>2600 Grand Boulevard, Suite 210<br>Kansas City, MO  64108<br>(816) 960-7700 |

**Certificate of Service**

I hereby certify that on September 28, 2022, I caused a copy of the foregoing to be filed with the Clerk of the Court via the CM/ECF system as well as provided to the Defendant Ooki DAO through the Ooki DAO's Help Chat Box on the Ooki DAO website as well as by posting notice of the foregoing to the Ooki DAO's Online Forum.

                                                   */s/ Anthony C. Biagioli*
                                                   Counsel for Plaintiff