UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>OOKI DAO,<br><br>    Defendant. | Case No. 3:22-cv-05416-WHO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**<br><br>Re: Dkt. Nos. 11, 13 |

This Court, having read and considered Plaintiff Commodity Futures Trading Commission's ("the Commission") Motion for Alternative Service Against Defendant Ooki DAO [Dkt. No. 11], the Commission's Administrative Motion to Supplement Motion for Alternative Service Against Defendant Ooki DAO [Dkt. No. 13], and the evidence and papers with respect thereto, and good cause appearing therefore:

The Motions are GRANTED and the Court orders that service of process on the Ooki DAO may be made in this action by providing a copy of the summons and complaint through the Ooki DAO's Help Chat Box, with contemporaneous notice by posting in the Ooki DAO's Online Forum. Because the Commission provided the documents in this manner on September 22, 2022, the Court holds that the Commission effectively served the Ooki DAO on that date.

**IT IS SO ORDERED.**

Dated: October 3, 2022

William H. Orrick
United States District Judge