UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____,

    Plaintiff(s),

  v.

_____,

    Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| | |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# ATTACHMENT



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Stephen Palley

was duly qualified and admitted on April 3, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 03, 2022.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF ORANGE

At the time of service, I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 2211 Michelson Drive, Seventh Floor, Irvine, CA 92612.

On October 4, 2022, I served true copies of the following document(s) described as **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** on the interested parties in this action as follows:

| | |
|---|---|
| Thomas L Simek<br>U.S. Commodity Futures Trading Commission<br>Division of Enforcement<br>2600 Grand Boulevard<br>Suite 210<br>Kansas City, MO 64108<br>816-960-7760<br>Email: tsimek@cftc.gov | Attorneys for Commodity Futures Trading Commission |
| Anthony C. Biagioli<br>U.S. Commodity Futures Trading Commission<br>2600 Grand Boulevard<br>Suite 210<br>Kansas City, MO 64108<br>816-960-7722<br>Email: abiagioli@cftc.gov | Attorneys for Commodity Futures Trading Commission |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 4, 2022, at Orange, California.

_Jessica Pels_
JESSICA W. PELS