UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Commodity Futures Trading C    ,

Plaintiff(s),

v.

Ooki DAO (formerly d/b/a bZ)    ,

Defendant(s).

Case No. 3:22-cv-05416-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ann-Elizabeth Ostrager    , an active member in good standing of the bar of New York    , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: DeFi Education Fund    in the above-entitled action. My local co-counsel in this case is Laura Oswell    , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 241281    .

125 Broad Street, New York, NY 10004
MY ADDRESS OF RECORD

212 558 7357
MY TELEPHONE # OF RECORD

OSTRAGERAE@sullcrom.com
MY EMAIL ADDRESS OF RECORD

1870 Embarcadero Road, Palo Alto, CA 94303
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

650 461 5679
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

OSWELLL@sullcrom.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4903233    .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0    times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 9/29/2022                               Ann-Elizabeth Ostrager
                                                     APPLICANT
5

6    ═══════════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of  Ann-Elizabeth Ostrager       is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17       _____

18       UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*