# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Commodity Futures Trading Commission*,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>*Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,*<br><br>　　　　　　　　Defendant. | Case No. 3:22-cv-5416-WHO<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO DEFI EDUCATION FUND TO FILE BRIEF AS *AMICUS CURIAE*__**<br><br>Date:　November 9, 2022<br>Time:　2:00 p.m.<br>Courtroom:　2<br><br>Honorable William H. Orrick |

　　　The Court having considered the motion of the DeFi Education Fund for leave to file a Brief as *Amicus Curiae* regarding Plaintiff's Motion for Alternative Service,

　　　IT IS HEREBY ORDERED that the motion is GRANTED. *Amicus* shall file the brief on entry of this Order.

Dated: _____, 2022

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge