UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OOKI DAO,<br><br>　　　　　Defendant. | Case No. 3:22-cv-05416-WHO<br><br>**ORDER GRANTING LEAVE TO FILE AMICUS AND SETTING HEARING SCHEDULE**<br><br>Re: Dkt. Nos. 16, 22 |

　　　　On October 3, 2022, I granted the Commodity Futures Trading Commission's ("CFTC") Motion for Alternative Service. [Dkt. No. 17]. That same day, LeXpunK filed a Motion for Leave to File an Amicus Brief, requesting to submit a brief responding to and opposing the Motion for Alternative Service. [Dkt. No. 16]. The following day, Decentralized Finance Education Fund ("DEF") filed a Motion for Leave to File an Amicus Brief and simultaneously filed its amicus brief, asking for me to reconsider granting the Motion for Alternative Service. [Dkt. No. 22].

　　　　The Motions for Leave to File Amicus Briefs are GRANTED. *See Warehouse Rest., Inc. v. Customs House Rest., Inc.*, No. C 80 3054, 1982 WL 63800, at *1 (N.D. Cal. Oct. 4, 1982). LexPunk shall file its brief by October 17, 2022.

　　　　Additionally, I interpret these requests as Motions for Reconsideration regarding my decision to permit alternative service in this case. The CFTC shall file any opposition to DEF's and LeXpunK's Motions for Reconsideration by November 7, 2022. DEF and LeXpunK shall file any reply to the opposition by November 14, 2022. I will hold a hearing on the motions and the

briefs on November 30, 2022, at 2:00 p.m. via Zoom conference.

**IT IS SO ORDERED.**

Dated: October 12, 2022



William H. Orrick
United States District Judge