Eric Tung (SBN 275063)
etung@jonesday.com
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071.2452
Telephone:	+1.213.489.3939
Facsimile:	+1.213.243.2539

*Counsel for* Amicus Curiae *Paradigm Operations LP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>OOKI DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>            Defendant. | Case No. 3:22-cv-5416-WHO<br><br>**NOTICE OF APPEARANCE OF ERIC TUNG** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Eric Tung of the law firm Jones Day, located at 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071, telephone number (213) 489-3939, facsimile (213) 243-2539, hereby enters his appearance on behalf of amicus curiae Paradigm Operations LP and requests to be added to the CM/ECF system list at the following email address: etung@jonesday.com

Dated: October 17, 2022

JONES DAY

By: /s/ Eric Tung
Eric Tung (SBN 275063)
etung@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071.2452
Telephone:  +1.213.489.3939
Facsimile:  +1.213.243.2539

*Counsel for* Amicus Curiae
*Paradigm Operations LP*