UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a/ bZx DAO), an unincorporated association,<br><br>Defendant. | Case No. 3:22-cv-5416-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF PARADIGM OPERATIONS LP AND FOR LEAVE TO PARTICIPATE IN UPCOMING HEARING**<br><br>Date: November 30, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Honorable William H. Orrick |

This Court, having considered the Motion for Leave to File *Amicus Curiae* Brief of Paradigm Operations LP and for Leave to Participate in Upcoming Hearing (the "Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED. *Amicus* shall file a brief on entry of this Order, and shall file any reply to any opposition by the Commodity Futures Trading Commission by November 14, 2022. *Amicus* further has leave to appear at the November 30, 2022 hearing on the pending motions for reconsideration.

Dated: _____, 2022

_____
WILLIAM H. ORRICK
United States District Judge