UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OOKI DAO,<br><br>　　　　Defendant. | Case No.  3:22-cv-05416-WHO<br><br>**ORDER GRANTING LEAVE TO FILE AMICUS BRIEF AND ALLOCATING ARGUMENT TIME AT HEARING**<br><br>Re: Dkt. No. 31 |

　　I previously granted leave to file amicus briefs in this case to LeXpunK and to the Decentralized Finance Education Fund ("DEF"), which I construed as Motions for Reconsideration of my order granting the CFTC's Motion for Alternative Service. [Dkt. 27]. In that order I also set a briefing schedule and hearing date for the motions.

　　I now GRANT Paradigm Operations LP's Motion for Leave to File an Amicus Brief, which it filed concurrently with its proposed brief. [Dkt. 31]. Paradigm may participate in the same briefing schedule as the other amici and in the hearing on November 30, 2022, at 2:00 p.m. via Zoom conference. The CFTC may respond to the amici by November 7, 2022, as previously ordered. Any reply from Paradigm, LeXpunK, or DEF is still due November 14, 2022.

　　The CFTC shall have twenty minutes of oral argument at the hearing on November 30, 2022. The amici shall have a total of twenty minutes of oral argument which they may allocate amongst themselves.

　　**IT IS SO ORDERED.**

　　Dated: October 20, 2022

William H. Orrick
United States District Judge