Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- *In fields 3-6, enter the information for the **incorrect** transaction* (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* | Roll, Alicia | 7. Your Phone Number: | (650) 461-5614 |
| 2. Your Email Address: * | rolla@sullcrom.com | 8. Full Case Number (if applicable): | 3:22-cv-05416-WHO |
| 3. Receipt Number:* | ❌ BCANDC-17595187 | 9. Fee Type:* | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☒ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Transaction Date:* | 10/05/2022 | | |
| 5. Transaction Time:* | 12:36 am | | |
| 6. Transaction Amount (Amount to be refunded):* | $ 317.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

*CORRECT RECEIPT #ACANDC-17595187*
*Card no. ending in 1000 was used the 1st time I paid the fee, but the system said payment did not go through & restart.*
*Card no ending in 1008 was used the 2nd time I paid the fee & it posted 10/5/22 at 12:36 am Eastern.*
*However, card ending in 1000 did go through, it posted 10/5/22 at 12:23 am; making card 1008 a duplicate payment.*

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved<br>☐ Denied<br>☒ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 10/26/2022 | Request approved/denied by: *[signature]* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable):<br>   Please enter the receipt number and transaction time to be refunded in boxes #3 and #5. | |
| Referred for OSC date (if applicable): | |