Thomas L. Simek (DC Bar #57268)
Anthony C. Biagioli (MO Bar # 72434)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Telephone: (816) 960-7700
tsimek@cftc.gov
abiagioli@cftc.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>Defendant. | CIVIL ACTION NO: 3:22-cv-05416-WHO<br><br>**Hon. William H. Orrick**<br><br>**PLAINTIFF'S RESPONSE TO MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF ANDREESSEN HOROWITZ AND FOR LEAVE TO PARTICIPATE IN UPCOMING HEARING**<br><br>Hearing Date:   November 30, 2022<br>Hearing Time:  2:00 PM<br>Courtroom:       2 |

Plaintiff Commodity Futures Trading Commission ("CFTC") hereby responds to the Motion for Leave To File *Amicus Curiae* Brief of Andreessen Horowitz and for Leave To Participate in Upcoming Hearing (ECF No. 45).  The CFTC does not oppose Andreessen Horowitz's request to file an *amicus* brief and participate in the upcoming hearing; however, in light of the additional arguments raised in the brief, the CFTC requests one additional week

- 1 -

PLAINTIFF'S RESPONSE TO ANDREESSEN HOROWITZ MOTION FOR LEAVE TO FILE *AMICUS* BRIEF

(until November 14, instead of November 7) to file a consolidated opposition to all four *amicus* briefs and a corresponding extension of the *amici* reply deadline to November 21.

.

Dated: November 1, 2022                                Respectfully submitted,

**COMMODITY FUTURES TRADING COMMISSION**

By: /s/ Anthony C. Biagioli
Tom Simek (DC Bar # 57268), tsimek@cftc.gov
TRIAL COUNSEL
Anthony C. Biagioli (MO Bar # 72434), abiagioli@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
(816) 960-7700

**Certificate of Service**

I hereby certify that on November 1, 2022, I caused a copy of the foregoing to be filed with the Clerk of the Court via the CM/ECF system as well as provided to the Defendant Ooki DAO through the Ooki DAO's Help Chat Box on the Ooki DAO website as well as by posting the foregoing to the Ooki DAO's Online Forum.

In addition, I caused a copy of the foregoing to be provided to counsel for *amici* LeXpunK (smoniz@brownrudnick.com, spalley@brownrudnick.com, ag@agolubitsky.com), DeFi Education Fund (oswell@sullcrom.com, ostragerae@sullcrom.com, mcdonaldj@sullcrom.com, richardsond@sullcrom.com), and Paradigm (rodrigo@paradigm.xyz, etung@jonesday.com, jburnham@jonesday.com, jsterling@jonesday.com, ihanna@jonesday.com), and proposed *amicus* Andreessen Horowitz (douglas.yatter@lw.com, benjamin.naftalis@lw.com, samir.deger-sen@lw.com, matt.rawlinson@lw.com).

                                               */s/ Anthony C. Biagioli*
                                               Counsel for Plaintiff