UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>OOKI DAO,<br><br>  Defendant. | Case No. 3:22-cv-05416-WHO<br><br>**GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF AND RESETTING HEARING DATE**<br><br>Re: Dkt. No. 45 |

Andreessen Horowitz, also known as "a16z," filed a motion for leave to file an amicus brief and to participate in the upcoming hearing in this case. [Dkt. No. 45]. The plaintiff CFTC filed a response stating it does not oppose the motion and requesting an additional week to respond to the amicus briefs. [Dkt. No. 46].

Andreessen Horowitz's motion for leave to file an amicus brief and to participate at the hearing is GRANTED. Per the CFTC's request, the briefing and hearing schedule for this case is postponed by one week. The CFTC shall file its response to the amici briefs by November 14, 2022. Any reply from the amici is now due November 21, 2022. The hearing will now be on December 7, 2022, at 2:00 p.m. via Zoom videoconference.

**IT IS SO ORDERED.**

Dated: November 1, 2022

William H. Orrick
United States District Judge