UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff(s),

v.

OOKI DAO (formerly d/b/a BZX DAO), an unincorporated association,

    Defendant(s).

Case No. 3:22-cv-05416-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin Naftalis, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Andreessen Horowitz in the above-entitled action. My local co-counsel in this case is Matthew Rawlinson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 231890.

Latham & Watkins LLP
1271 Avenue of the Americas, New York, NY 10020
MY ADDRESS OF RECORD

+1.212.906.1200
MY TELEPHONE # OF RECORD

benjamin.naftalis@lw.com
MY EMAIL ADDRESS OF RECORD

Latham & Watkins LLP
140 Scott Drive, Menlo Park, California 94025
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1.650.328.4600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

matt.rawlinson@lw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4305249.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oct. 31, 2022

/s/ Benjamin Naftalis
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Benjamin Naftalis__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 2, 2022



UNITED STATES MAGISTRATE JUDGE