UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION          ,<br><br>         Plaintiff(s),<br><br>    v.<br>OOKI DAO (formerly d/b/a BZX DAO), an unincorporated association          ,<br><br>         Defendant(s). | Case No. 3:22-cv-05416-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Samir Deger-Sen</u>, an active member in good standing of the bar of <u>New York</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Andreessen Horowitz</u> in the above-entitled action. My local co-counsel in this case is <u>Matthew Rawlinson</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>231890</u>.

| | |
|---|---|
| Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>MY ADDRESS OF RECORD | Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, California 94025<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| +1.212.906.1200<br>MY TELEPHONE # OF RECORD | +1.650.328.4600<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| samir.deger-sen@lw.com<br>MY EMAIL ADDRESS OF RECORD | matt.rawlinson@lw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>5813290</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>0</u> times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oct. 31, 2022

/s/ Samir Deger-Sen
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Samir Deger-Sen** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 2, 2022



UNITED STATES MAGISTRATE JUDGE