CAND Pay.gov Application for Refund (rev. 10/19)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# AMENDED APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. | **Your Name:*** Roll, Alicia | 7. **Your Phone Number:** (650) 461-5614 | |
| 2. | **Your Email Address:*** rolla@sullcrom.com | 8. **Full Case Number (if applicable):** 3:22-cv-05416-WHO | |
| 3. | **Receipt Number:*** ACANDC-17595187 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☒ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. | **Transaction Date:*** 10/05/2022 | | |
| 5. | **Transaction Time:*** 12:23:33 ET | | |
| 6. | **Transaction Amount (Amount to be refunded):*** $ 317.00 | | |

**10. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.

- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

*CORRECT RECEIPT #ACANDC-17595187*
*Card no. ending in 1000 was used the 1st time I paid the fee, but the system said payment did not go through & restart.*
*Card no ending in 1008 was used the 2nd time I paid the fee & it posted 10/5/22 at 12:36 am Eastern.*
*However, card ending in 1000 did go through, it posted 10/5/22 at 12:23 am; making card 1008 a duplicate payment.*

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday-Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

**Carr, Jodi L.**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, October 04, 2022 9:24 PM |
| **To:** | Carr, Jodi L. |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

  Account Number: 6070641
  Court: CALIFORNIA NORTHERN DISTRICT COURT
  Amount: $317.00
  Tracking Id: ACANDC-17595187
  Approval Code: 107652
  Card Number: ************1000
  Date/Time: 10/05/2022 12:23:33 ET


NOTE: This is an automated message. Please do not reply

=====================================================================
**This is an external message from: do_not_reply@psc.uscourts.gov **

**Carr, Jodi L.**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, October 04, 2022 9:36 PM |
| **To:** | Carr, Jodi L. |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

  Account Number: 6070641
  Court: CALIFORNIA NORTHERN DISTRICT COURT
  Amount: $317.00
  Tracking Id: BCANDC-17595187
  Approval Code: 103200
  Card Number: ************1008
  Date/Time: 10/05/2022 12:36:07 ET


NOTE: This is an automated message. Please do not reply

======================================================================
**This is an external message from: do_not_reply@psc.uscourts.gov **