# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 7, 2022 | **Time:** 1 hour 3:47 p.m. to 4:47 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-05416-WHO | **Case Name:** Commodity Futures Trading Commission v. Ooki DAO | |

**Attorneys for Plaintiff:**           Thomas L. Simek and Anthony C. Biagioli

**Attorneys for Amicus Paradigm:**     James M. Burnham

**Attorneys for Amicus LeXpunK:**      Stephen D. Palley

**Attorneys for Amicus DeFi:**         James M. McDonald

**Attorneys for Amicus Horowitz:**     Douglas K. Yatter

**Deputy Clerk:** Jean Davis          **Court Reporter:** Ana Dub

## PROCEEDINGS

Hearing on suggestions for reconsideration conducted via videoconference. The Court presents tentative. Argument of counsel heard. Matter taken under submission; written order to follow.