Thomas L. Simek (DC Bar #57268)
Anthony C. Biagioli (MO Bar # 72434)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Telephone: (816) 960-7700
tsimek@cftc.gov
abiagioli@cftc.gov

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>Defendant. | CIVIL ACTION NO:  3:22-cv-05416-WHO<br><br>**Hon. William H. Orrick**<br><br>**CERTIFICATE OF SERVICE** |

On December 12, 2022, this Court ordered Plaintiff Commodity Futures Trading Commission ("CFTC") "to serve [Tom] Bean and [Kyle] Kistner, in their roles as Ooki Token Holders, with the complaint and all relevant documents in this case at the earliest time practicable."  ECF No. 59.  On December 14, 2022, counsel for the CFTC provided the Complaint, Summons, and all other filed documents in this litigation (ECF Nos. 1-60) via email to counsel for Bean and Kistner, who confirmed to the CFTC in writing that he was authorized to accept, and was accepting, service of the documents on Bean and Kistner's behalf.  A copy of that email exchange is attached as Exhibit 1.

1  Dated: December 15, 2022      Respectfully submitted,

2  **COMMODITY FUTURES TRADING COMMISSION**

3

4

5  By: /s/ Anthony C. Biagioli
   Tom Simek (DC Bar # 57268), tsimek@cftc.gov
   TRIAL COUNSEL

6  Anthony C. Biagioli (MO Bar # 72434),
   abiagioli@cftc.gov

7  Attorneys for Plaintiff
   COMMODITY FUTURES TRADING

8  COMMISSION
   2600 Grand Boulevard, Suite 210

9  Kansas City, MO  64108
   (816) 960-7700

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

I hereby certify that on December 15, 2022, I caused a copy of the foregoing to be filed with the Clerk of the Court via the CM/ECF system as well as provided to the Defendant Ooki DAO through the Ooki DAO's Help Chat Box on the Ooki DAO website as well as by posting notice of the foregoing to the Ooki DAO's Online Forum.

                                              */s/ Anthony C. Biagioli*
                                              Counsel for Plaintiff