# EXHIBIT 1

# Biagioli, Anthony

| | |
|---|---|
| **From:** | Gottlieb, Jason <jgottlieb@morrisoncohen.com> |
| **Sent:** | Wednesday, December 14, 2022 2:59 PM |
| **To:** | Biagioli, Anthony; Simek, Thomas |
| **Cc:** | Isaacs, Daniel C.; etung@jonesday.com; ihanna@jonesday.com; jburnham@jonesday.com; jsterling@jonesday.com; rodrigo@paradigm.xyz; smoniz@brownrudnick.com; spalley@brownrudnick.com; rolla@sullcrom.com; ostragerae@sullcrom.com; richa2dj@gmail.com; mcdonaldj@sullcrom.com; oswelll@sullcrom.com; benjamin.naftalis@lw.com; douglas.yatter@lw.com; matt.rawlinson@lw.com; samir.deger-sen@lw.com |
| **Subject:** | [EXTERNAL] RE: Service of Ooki DAO Litigation Papers on Bean and Kistner |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Tony,

Thanks for reaching out.

I am authorized to accept these papers on behalf of Bean and Kistner, **in their personal and individual capacities**. However, needless to say, Bean and Kistner are not parties to the CFTC v. Ooki DAO litigation. And Bean and Kistner are **not** authorized to accept service on behalf of anyone else, including the Ooki DAO. So I don't think "serving" them personally would constitute effective service on "the DAO."

In particular, as you no doubt recall, the settlement between our clients states (at page 14, Section 3(3)f): "Respondents shall cease all participation in the governance, operation, or any other activities of the Ooki DAO. Without limitation, Respondents shall not make proposals, directly or indirectly through others, related to Ooki DAO governance; or vote any Ooki Tokens they own or control."

As a result, Bean and Kistner no longer have any involvement with the governance of the Ooki DAO. Accordingly, Bean and Kistner are not authorized to accept service on behalf of "the Ooki DAO" -- **nor could they be**.

Moreover, the settlement between our clients was a settlement of all charges against them in connection with the Ooki DAO. I do not know whether you can settle all charges against two specific members of an alleged group, and then serve the group by serving those members. I suspect not.

I have not done the legal research on these questions to know whether the service you have been ordered to attempt would actually constitute good service. Ultimately, of course, that decision is for the Court. I trust that you, and the amici who have taken an interest in this case, can address these issues to the Court if you all see fit.

Best regards,
Jason

**Jason P. Gottlieb**
*Partner & Chair, White Collar and Regulatory Enforcement*
T: 212.735.8837  | F: 917.522.9937
jgottlieb@morrisoncohen.com
vCard | Bio | LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com

---

**From:** Biagioli, Anthony <ABiagioli@CFTC.gov>
**Sent:** Wednesday, December 14, 2022 10:31 AM
**To:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Isaacs, Daniel C. <disaacs@morrisoncohen.com>; Simek, Thomas <TSimek@CFTC.gov>; Biagioli, Anthony <ABiagioli@CFTC.gov>
**Subject:** Service of Ooki DAO Litigation Papers on Bean and Kistner

**CAUTION:** External sender. Verify before continuing.

---

Jason,

As you know, in the Ooki DAO litigation, Judge Orrick entered an Order (see attached ECF No. 59) stating, "The CFTC is now ORDERED to serve Bean and Kistner, in their roles as Ooki DAO Token Holders, with the complaint and all relevant documents in this case at the earliest time practicable."

Pursuant to that Order, attached are the Complaint, Summons, and all other filings downloaded from ECF in the litigation (ECF Nos. 1-60).

Please confirm that you have been authorized to accept, and do accept, service of the attached materials on behalf of Bean and Kistner.

Thank you for your assistance.  Kind regards,

Tony



**Anthony Biagioli**
Trial Attorney, Division of Enforcement
**Commodity Futures Trading Commission**
816-960-7722
abiagioli@cftc.gov



2

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---