Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## AMENDED APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Roll, Alicia | 7. **Your Phone Number:** | (650) 461-5614 |
| 2. **Your Email Address: *** | rolla@sullcrom.com | 8. **Full Case Number (if applicable):** | 3:22-cv-05416-WHO |
| 3. **Receipt Number:*** | ACANDC-17595187 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☒ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 10/05/2022 | | |
| 5. **Transaction Time:*** | 12:23:33 ET | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 317.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

*CORRECT RECEIPT #BCANDC-17595187*
*Card no. ending in 1000 was used the 1st time I paid the fee, but the system said payment did not go through & restart.*
*Card no ending in 1008 was used the 2nd time I paid the fee & it posted 10/5/22 at 12:36 am Eastern.*
*However, card ending in 1000 did go through, it posted 10/5/22 at 12:23 am; making card 1008 a duplicate payment.*

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| | FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|---|
| Refund request: | ☒ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | | Request approved/denied by: Ana Banares *(Digitally signed by Ana Banares Date: 2022.11.29 18:18:16 -08'00')* |
| Pay.gov refund tracking ID refunded: 272MPNPV | | Agency refund tracking ID number: 0971- ACANDC-17595187 |
| Date refund processed: 12/1/2022 | | Refund processed by: JPN |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

**Jesusa Nobleza**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, December 1, 2022 7:00 PM |
| **To:** | Jesusa Nobleza |
| **Subject:** | Pay.gov  Refund: CAND CM ECF |

CAUTION - EXTERNAL:

Your refund has been submitted to Pay.gov and the details are below. If you have any questions regarding this refund, please contact CAND Help Desk at (866) 638-7829 or ECFHelpdesk@cand.uscourts.gov.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 272MPNPV
Agency Tracking ID: ACANDC-17595187

Payment Method: Plastic Card
Transaction Type: Refund
Transaction Date: Dec 01, 2022 09:59:48 PM

Transaction Amount: $317.00
Account Holder Name: Daniel James Richardson Card Type: AmericanExpress Card Number: ************1000

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.