Thomas L. Simek (DC Bar #57268)
Anthony C. Biagioli (MO Bar # 72434)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Telephone: (816) 960-7700
tsimek@cftc.gov
abiagioli@cftc.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>Defendant. | CIVIL ACTION NO:  3:22-cv-05416-WHO<br><br>**Hon. William H. Orrick**<br><br>**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT OOKI DAO** |

Pursuant to Federal Rule of Civil Procedure Rule ("Rule") 55(a), Plaintiff Commodity Futures Trading Commission ("Plaintiff" or "CFTC") respectfully requests a clerk's entry of default against Defendant Ooki DAO.

In support of this request, the CFTC states the following:

1. On September 22, 2022, the Commission filed a Complaint against the Ooki DAO (formerly doing business as the bZx DAO), alleging violations of Sections 4(a) and 4d(a)(1) of

the Commodity Exchange Act ("Act"), 7 U.S.C. §§ 6(a), 6d(a)(1), and Commission Regulation ("Regulation") 42.2, 17 C.F.R. § 42.2 (2021).  ECF No. 1.

2. On December 20, 2022, the Court deemed service on the Ooki DAO of the Complaint and Summons in this action complete as of that date.  ECF No. 63 at 21.

3. Pursuant to Rule 12(a)(1)(A)(i), the Ooki DAO's answer or other responsive pleading to the Complaint was due on or before January 10, 2023.

4. The Ooki DAO failed to answer or otherwise defend as instructed by the Summons and as provided by the Rules.  *See* Docket for Civil Case No. 3:22-cv-05416-WHO.

5. Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

WHEREFORE, the CFTC requests a clerk's entry of default against the Defendant Ooki DAO.  A Proposed Entry of Default against the Ooki DAO is attached as Exhibit 1 to this request.

Dated:  January 11, 2023                         Respectfully submitted,

**COMMODITY FUTURES TRADING COMMISSION**

By: /s/ Anthony C. Biagioli
Tom Simek (DC Bar # 57268), tsimek@cftc.gov
TRIAL COUNSEL
Anthony C. Biagioli (MO Bar # 72434), abiagioli@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
(816) 960-7700

**Certificate of Service**

I hereby certify that on January 11, 2023, I caused a copy of the foregoing to be filed with the Clerk of the Court via the CM/ECF system as well as provided to the Defendant Ooki DAO through the Ooki DAO's Help Chat Box on the Ooki DAO website as well as by posting notice of the foregoing to the Ooki DAO's Online Forum.

                                                */s/ Anthony C. Biagioli*
                                                Counsel for Plaintiff

REQUEST FOR CLERK'S ENTRY OF DEFAULT