# EXHIBIT 1

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>Defendant. | **CIVIL ACTION NO: 3:22-cv-05416-WHO**<br><br>**Hon. William H. Orrick**<br><br>**ENTRY OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the Defendant **OOKI DAO** in San Francisco, California on the ___ day of _____, 2023.

_____
Clerk of the Court

- 1 -
ENTRY OF DEFAULT