**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Commodity Futures Trading Commission, <br><br> Plaintiff, <br><br> v. <br><br> Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association, <br><br> Defendant. | CIVIL ACTION NO: 3:22-cv-05416-WHO <br><br> **Hon. William H. Orrick** <br><br> **ENTRY OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the Defendant **OOKI DAO** in San Francisco, California on the 17th day of January, 2023.

MARK B. BUSBY
Clerk of the Court
by W. Noble, Deputy Clerk

- 1 -

ENTRY OF DEFAULT