# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>Defendant. | **CIVIL ACTION NO:  3:22-cv-05416-WHO**<br><br>**Hon. William H. Orrick**<br><br>**DECLARATION OF BRITTNE SNYDER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO VACATE ORDERS REQUIRING CASE MANAGEMENT STATEMENT AND SETTING CASE MANAGEMENT CONFERENCE** |

I, Brittne Snyder, declare pursuant to 28 U.S.C. § 1746 based upon my personal knowledge as follows:

1.    I am over 21 years of age and am legally fit and qualified to testify in a court of law.

2.    I am employed as a Paralegal by the Division of Enforcement ("Division") of the Commodity Futures Trading Commission ("Commission"), located at 2600 Grand Boulevard, Suite 210, Kansas City, Missouri 64108.

3.    As a Paralegal in the Division, my duties include, among other things, taking steps to facilitate service of process on investigation subjects and litigation counterparties.

4.    I have personal knowledge of the facts stated herein, and if called to testify, I could and would competently testify to the same.

5.    On September 22, 2022, September 23, 2022, September 27, 2022, September 28, 2022, October 14, 2022, November 1, 2022, November 14, 2022, December 15, 2022, December

- 1 -

SNYDER DECLARATION

21, 2022, January 11, 2023, and January 18, 2023, in connection with service of process of various papers in this litigation on the Ooki DAO, I have requested, in submissions to the Ooki DAO's Help Chat Box and through postings in the Ooki DAO's Online Forum, that a representative of the Ooki DAO contact the CFTC to discuss this matter.  However, I have not received any such communications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 19, 2022, at Kansas City, Missouri.

*/s/ Brittne Snyder*
Brittne Snyder

SNYDER DECLARATION