UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>　　　　　Defendant. | CIVIL ACTION NO: 3:22-cv-05416-WHO<br><br>**Hon. William H. Orrick**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO VACATE ORDERS REQUIRING CASE MANAGEMENT STATEMENT AND SETTING CASE MANAGEMENT CONFERENCE** |

　　This Court, having considered Plaintiff Commodity Futures Trading Commission's ("CFTC") Administrative Motion To Vacate Orders Requiring Case Management Statement and Setting Case Management Conference ("Motion"), and having read and considered the evidence and papers with respect thereto, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

　　The Motion is GRANTED and the Court hereby vacates its prior Orders requiring submission of a Case Management Statement and Setting a Case Management Conference (ECF Nos. 14, 60).

　　It is so ORDERED.

　　Dated:　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　United States District Judge