UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>OOKI DAO,<br><br>Defendant. | Case No. 3:22-cv-05416-WHO<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 66 |

Plaintiff filed a Motion to Vacate seeking to vacate my Order requiring a Case Management Statement to be filed by February 7, 2023 and setting a Case Management Conference ("CMC") for February 14, 2023. ("Mot.") [Dkt. No. 66].

The date for the CMC is RESET to April 18, 2023 and a Case Management Statement will be due on April 11, 2023. Assuming the CFTC has filed its motion for default judgment by that point, these dates will be vacated.

**IT IS SO ORDERED.**

Dated: January 26, 2023



William H. Orrick
United States District Judge