UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br>v.<br><br>Ooki DAO (formerly d/b/a/ bZx DAO),<br>an unincorporated association,<br><br>Defendant. | Case No. 3:22-cv-5416-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* PARADIGM OPERATIONS LP, LEXPUNK, DEFI EDUCATION FUND, AND ANDREESSEN HOROWITZ IN RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date: May 17, 2023<br>Time: 2:00 p.m.<br><br>Honorable William H. Orrick |

This Court, having considered the Motion for Leave to File Brief of *Amici Curiae* Paradigm Operations LP, LeXpunK, Defi Education Fund, and Andreessen Horowitz in Response to Plaintiff's Motion for Default Judgment (the "Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED. *Amici* shall file a brief on entry of this Order.

Dated: _____, 2023

_____
WILLIAM H. ORRICK
United States District Judge