1

2   Thomas L. Simek (DC Bar #57268)
    Anthony C. Biagioli (MO Bar # 72434)
3   Attorneys for Plaintiff
    COMMODITY FUTURES TRADING COMMISSION
    2600 Grand Boulevard, Suite 210
4   Kansas City, MO  64108
    Telephone: (816) 960-7700
5   tsimek@cftc.gov
    abiagioli@cftc.gov
6

7

8

9                    **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                      **SAN FRANCISCO DIVISION**

11   ─────────────────────────────
                                        )
12                                      )
                                        )   **CIVIL ACTION NO:  3:22-cv-05416-**
13   Commodity Futures Trading Commission,  )   **WHO**
                                        )
14                   Plaintiff,         )
                                        )   **Hon. William H. Orrick**
15            v.                        )
                                        )
16   Ooki DAO (formerly d/b/a bZx DAO), an  )   **PLAINTIFF CFTC'S STATEMENT**
     unincorporated association,       )   **OF NON-OPPOSITION TO MOTION**
17                                      )   **FOR LEAVE TO FILE BRIEF OF**
                                        )   ***AMICI CURIAE* IN RESPONSE TO**
18                   Defendant.         )   **PLAINTIFF'S MOTION FOR**
                                        )   **DEFAULT JUDGMENT**
19                                      )
                                        )   NOTICED HEARING
20                                      )   DATE AND TIME:    Wednesday,
                                        )                    May 17, 2023, at
21                                      )                    2:00 p.m.
                                        )
22                                      )
     ─────────────────────────────  )
23

24

25

26

27

28

─────────────────────────────────────────────────────────────
PLAINTIFF'S STATEM'T OF NON-OPPOSITION TO MOT. FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to Local Rule 7-3(b), Plaintiff Commodity Futures Trading Commission ("CFTC") files this Statement of Non-Opposition to the Motion for Leave To File Brief of *Amici Curiae* Paradigm Operations LP, LeXpunK, DeFi Education Fund, and Andreessen Horowitz in Response to Plaintiff's Motion for Default Judgment (ECF No. 70).  Specifically, the CFTC does not oppose the filing of the Brief (attached as Exhibit A to ECF No. 70).  The CFTC will file its substantive response to the Brief in support of the CFTC's Motion for Default Judgment (*see* ECF No. 68) by May 5, 2023, as ordered by the Court.

Dated:  April 24, 2023

Respectfully submitted,

**COMMODITY FUTURES TRADING COMMISSION**

By:  /s/ Anthony C. Biagioli
Tom Simek (DC Bar # 57268), tsimek@cftc.gov
TRIAL COUNSEL
Anthony C. Biagioli (MO Bar # 72434),
abiagioli@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES TRADING
COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
(816) 960-7700

**Certificate of Service**

I hereby certify that on April 24, 2023, I caused a copy of the foregoing to be filed with the Clerk of the Court via the CM/ECF system as well as provided to the Defendant Ooki DAO through the Ooki DAO's Help Chat Box on the Ooki DAO website as well as by posting the foregoing to the Ooki DAO's Online Forum.

*/s/ Anthony C. Biagioli*
Counsel for Plaintiff

PLAINTIFF'S STATEM'T OF NON-OPPOSITION TO MOT. FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*