UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> OOKI DAO, <br><br> Defendant. | Case No. 3:22-cv-05416-WHO <br><br> **ORDER GRANTING MOTION TO FILE AMICUS BRIEF** <br><br> Re: Dkt. No. 70 |

Andreessen Horowitz, DeFi Education Fund, LeXpunK, and Paradigm Operations LP (collectively, "amici") filed a Motion to File an Amicus Curiae Brief in this case, and concurrently filed the brief. [Dkt. No. 70]. The amicus brief responds to the Motion for Default Judgment filed by plaintiff Commodity Futures Trading Commission ("CFTC"). [Dkt. No. 68]. The CFTC filed a statement of non-opposition. [Dkt. No. 71].

The amici's motion at Dkt. No. 70 is GRANTED. The concurrently filed amicus brief is deemed filed as of today.

The CFTC shall file any response by May 5, 2023. The hearing date is May 17, 2023.

**IT IS SO ORDERED.**

Dated: April 24, 2023

William H. Orrick
United States District Judge