# Exhibit 3

Thomas L. Simek (DC Bar #57268)
Anthony C. Biagioli (MO Bar # 72434)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210
Kansas City, MO  64108
Telephone: (816) 960-7700
tsimek@cftc.gov
abiagioli@cftc.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Ooki DAO (formerly d/b/a bZx DAO), an unincorporated association,<br><br>Defendant. | **DECLARATION OF BRITTNE SNYDER IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL DECLARATION PURSUANT TO 28 U.S.C. § 1746** |

I, Brittne Snyder, declare pursuant to 28 U.S.C. § 1746 based upon my personal knowledge as follows:

1. I am over 21 years of age and am legally fit and qualified to testify in a court of law.

2. I am employed as a Paralegal by the Division of Enforcement ("Division") of the Commodity Futures Trading Commission ("Commission"), located at 2600 Grand Boulevard, Suite 210, Kansas City, Missouri 64108.

- 1 -

DECLARATION OF BRITTNE SNYDER

3. I have reviewed tweets from the Ooki DAO's Twitter handle (@OokiTrade) and identified the following tweets:

 a. A December 27, 2021 Ooki DAO tweet depicting an Ooki DAO video advertisement playing in Times Square in New York City.



 b. Similarly, a September 1, 2022 Ooki DAO tweet stating "ICYMI… Ooki billboards at Time Square, NY.  Where should we go next?" and embedding another Ooki DAO video advertisement playing in Times Square soliciting members of the public to visit ooki.com.



4. In response to a document request from the CFTC for "[d]ocuments sufficient to identify the geographic breakdown of bZx's customer base—specifically, the volume of U.S.

versus non-U.S. customers," bZeroX, LLC, Tom Bean, and Kyle Kistner produced to the CFTC a document reflecting that, from February 24 to March 2, 2021, over 27% of the bZx Protocol's users and over 38% of its transaction volume came from the United States:

[Google Analytics screenshot for fulcrum.trade, All Web Site Data, Feb 24, 2021 - Mar 2, 2021, showing Location Map Overlay Summary with country breakdown:

Totals: Users 3,422; New Users 2,472; Sessions 6,798; Bounce Rate 58.99%; Pages/Session 2.20; Avg. Session Duration 00:02:19; Transactions 520; Revenue $6,230,492.48; Ecommerce Conversion Rate 7.65%

1. United States — Users 970 (27.76%); New Users 626 (25.32%); Sessions 2,332 (34.30%); Bounce Rate 56.78%; Pages/Session 2.31; Avg. Session Duration 00:02:31; Transactions 199 (38.27%); Revenue $2,428,099.04 (38.97%); Ecommerce Conversion Rate 8.53%

2. China — Users 401 (11.48%); New Users 397 (16.06%); Sessions 426 (6.27%); Bounce Rate 92.49%; Pages/Session 1.18; Avg. Session Duration 00:00:16; Transactions 3 (0.58%); Revenue $882.82 (0.01%); Ecommerce Conversion Rate 0.70%

3. United Kingdom — Users 188 (5.38%); New Users 120 (4.85%); Sessions 388 (5.71%); Bounce Rate 57.22%; Pages/Session 2.34; Avg. Session Duration 00:02:38; Transactions 62 (11.92%); Revenue $381,107.07 (6.12%); Ecommerce Conversion Rate 15.98%]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 2, 2023, at Kansas City, Missouri.

                                                                                          */s/ Brittne Snyder*
                                                                                          Brittne Snyder